UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT MITCHELL ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-88 |
| | § | |
| KNOUTZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff Robert Mitchell Alexander is currently housed at the Stiles Unit in Beaumont, Texas. In his complaint, plaintiff alleges that law library officials at the Stiles Unit are violating his right of access to the courts and retaliating against him by denying him law library time and time with another inmate for the purpose of preparing a lawsuit against TDCJ-CID's Garza West Unit officials.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, defendants Knoutz and Bryant are TDCJ-CID law library officials who work at the Stiles Unit, which is located in Jefferson County, Texas, and the events

about which plaintiff complains occurred in Jefferson County (D.E. 1). Jefferson County lies within the Beaumont Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(2). Jurisdiction over defendants Knoutz and Bryant is properly found in the Beaumont Division of the Eastern District of Texas. 28 U.S.C. § 1391(b).

Accordingly, it is ordered that this case be transferred to the United States District Court for the Eastern District of Texas, Beaumont Division. All pending motions are denied as moot, subject to being reactivated after transfer.

SIGNED and ORDERED this 29th day of March, 2010.

_____
Janis Graham Jack
United States District Judge